UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHELLEY COTRELL,

                    Plaintiff,

        v.

COMMISSIONER OF SOCIAL
SECURITY,

                    Defendant.

Case No. C18-5632JLR

ORDER GRANTING MOTION TO
ALLOW SUBMISSION OF LATE
REPLY BRIEF

        Before the court is Plaintiff Shelley Cotrell's motion to allow the late submission

of her reply brief. (Dkt. # 17.) The court grants the motion because there is no apparent

prejudice to Defendant. The court advises Plaintiff's counsel, however, that failure to

manage his caseload efficiently is not good cause to alter the case schedule. It is

counsel's responsibility to manage his caseload effectively. Moreover, once the court has

admonished counsel on this issue, the court is unlikely to grant further extensions due to a

swamped caseload.

//

//

//

1

2

3          Nevertheless, in this instance, the court GRANTS Plaintiff's motion (Dkt. # 17),

4   and accepts Plaintiff's late-filed reply brief.

5          DATED this 6th day of March, 2019.

6

7                                              _____

8                                              JAMES L. ROBART
                                               United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23